IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| April Haynes, | |
| Plaintiff, | |
| v. | No. 07 C 3125 |
| Village of Lansing, a Municipal Corporation, Lansing Police Department, Officer Michael Hynek #332, Officer Klingelschmidt #327, Officer Yonkers #303, Officer Tatgenhorst #329, Officer Heintz #321, and Officer Hasse #324, | Judge Rebecca Pallmeyer |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, VILLAGE OF LANSING, OFFICER MICHAEL HYNEK, OFFICER BARBARA KLINGELSCHMIDT, OFFICER TODD YONKERS, OFFICER DANA TATGENHORST, OFFICER TODD HEINTZ, and OFFICER CHRISTOPHER HASSE, by and through their attorneys Gregory S. Mathews and Jody Knight of Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C., move this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. In support of this Motion, Defendants state as follows:

1. Plaintiff, April Haynes, is a Lansing, Illinois resident who was arrested by Lansing police on November 23, 2005 and was later convicted of resisting arrest for her conduct during that arrest. Plaintiff sued the Village of Lansing and Lansing police officers Michael Hynek, Barbara Klingelschmidt, Todd Yonkers, Dana Tatgenhorst, Todd Heintz, and Christopher Hasse for state and federal claims of which only the federal claims remain (Counts II and V).

2. This case should be disposed of on summary judgment as to all Defendants under *Monell*.

3. In addition, the individually named Officers should be dismissed because Plaintiff's excessive force and failure to intervene claims are without factual support.

4. Plaintiff's claims against the Defendant Officers are also barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87, 114 S. Ct. 2364 (1994).

5. Finally, the Defendant Officers are entitled to summary judgment based on qualified immunity.

WHEREFORE, Defendants, VILLAGE OF LANSING, OFFICER MICHAEL HYNEK, OFFICER BARBARA KLINGELSCHMIDT, OFFICER TODD YONKERS, OFFICER DANA TATGENHORST, OFFICER TODD HEINTZ, and OFFICER CHRISTOPHER HASSE, respectfully request that this Court grant summary judgment in their favor

By: ___/s/ Jody Knight_____
   Attorney for Defendants

Gregory S. Mathews
Jody Knight
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2009, I electronically filed the foregoing Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to starksboyd@sbcglobal.net.

                                        /s/ Jody Knight_____
                                                Jody Knight
                                                jknight@ancelglink.com

.