IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| April Haynes,<br><br>    Plaintiff,<br><br>v.<br><br>Village of Lansing, a Municipal Corporation, Lansing Police Department, Officer Michael Hynek #332, Officer Klingelschmidt #327, Officer Yonkers #303, Officer Tatgenhorst #329, Officer Heintz #321, and Officer Hasse #324, | No.  07 C 3125<br><br>Judge Rebecca Pallmeyer |

## STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE

All matters in controversy having been settled and compromised between April Haynes and the Village of Lansing, it is hereby stipulated to voluntarily dismiss the Defendants, by and between the Plaintiff, APRIL HAYNES, by her attorney, Michael A. Jarard of Starks & Boyd, P.C., and the Defendant, VILLAGE OF LYNWOOD, by its attorneys, Gregory S. Mathews of Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C., all claims against all Defendants with prejudice, pursuant to Rule 41(a)(1).

Dated:  March 5, 2010

| APRIL HAYNES | VILLAGE OF LANSING |
|---|---|
| By:  s/   Michael A. Jarard<br>        Starks & Boyd, P.C.<br>        11528 S. Halsted St.<br>        Chicago, IL 60628 | By:   s/   Gregory S. Mathews<br>        Ancel, Glink, Diamond, Bush<br>         DiCianni & Krafthefer, P.C.<br>        140 S. Dearborn St., 6th Fl.<br>        Chicago, IL 60603 |

Gregory S. Mathews
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on March 5, 2010, the foregoing **Stipulation to Voluntarily Dismiss with Prejudice** was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following: Carl B. Boyd at starksboyd@sbcglobal.net and Michael A. Jarard at starksboyd@sbcglobal.net.

    /s/ Gregory S. Mathews
Gregory S. Mathews, Attorney Bar No. 3127427


**Ancel, Glink, Diamond, Bush,
DiCianni & Krafthefer, P.C.**
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 – Facsimile
gmathews@ancelglink.com